

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

James Woodrow Nelsen - #074830

_____/

CV 10 80 313 MISC

VRW

**ORDER TO SHOW CAUSE**

It appearing that James Woodrow Nelsen has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective November 19, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before January 28, 2011 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

James Woodrow Nelsen
PO Box 1188
Salinas, CA 93902

