**FILED**

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80313 MISC VRW

James Woodrow Nelson,
                                     ORDER
   State Bar No 74830

_____/

      On December 14, 2010, the court issued an order to show cause (OSC) why James Woodrow Nelson should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective November 19, 2010.

      The OSC was mailed to Mr Nelson's address of record with the State Bar on December 16, 2010. On January 28, 2011, Mr Nelson filed a response stating: "The Decision to suspend the respondent from the practice of law in or outside any Court is currently valid." Doc # 2 at 6.

      The court now orders James Woodrow Nelson removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

James Woodrow Nelsen,

_____/

Case Number: CV10-80313 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Woodrow Nelsen
PO Box 1188
Salinas, CA 93902

Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*